IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 08-cr-00291-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LONZY JENKINS,

    Defendant.

___

**ORDER CONTINUING SUPERVISED RELEASE AND CONTINUING SENTENCING**
___

    THIS MATTER was before the Court for a supervised release violation hearing on March 18, 2013, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision. The defendant admits guilt to the alleged violation.

    THE COURT, having heard statements by the defendant, defense counsel, and counsel for the government, finds the defendant guilty of the violations as alleged. Accordingly, It is

    ORDERED that defendant is continued on supervised release under the currently configured terms and conditions and the violation hearing proceedings are continued, indefinitely. It is

    FURTHER ORDERED that sentencing in this matter is deferred and can be requested by the probation officer in the event of any further violation.

    Dated this 20th day of March, 2013.

                                   **BY THE COURT:**

                                   Marcia S. Krieger
                                   Chief United States District Judge